UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Aaron Rhy Broussard,

Petitioner,

v.

United States of America; Sheriff Joel L. Brott; Sherburne County Jail; Terrence Olstad; Thomas M. Hollenhorst; Melinda A. Williams; Charles J. Novats, Jr.; U.S. Department of Justice; and U.S. Marshal Service,

Respondents.

Case No. 22-cv-1239 (WMW/LIB)

**ORDER**

---

This matter is before the Court on Petitioner Aaron Rhy Broussard's petition for a writ of habeas corpus, (Dkt. 1); application to proceed *in forma pauperis*, (Dkt. 2); motion for a temporary restraining order, (Dkt. 5); and motion for a temporary injunction, (Dkt. 6).

Based on the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.    Petitioner Aaron Rhy Broussard's petition for a writ of habeas corpus, (Dkt. 1), is **DISMISSED** as frivolous.[1]

---

[1]    In the past two months, Broussard has filed nearly two dozen frivolous lawsuits. *See, e.g.*, *Broussard v. United States*, No. 22-cv-0890 (PJS/BRT), Dkt. 8 (D. Minn. Apr. 13, 2022).  For the reasons set forth in *Broussard v. United States*, No. 21-CV-2484 (SRN/LIB), 2021 WL 5868719, at *1–2 (D. Minn. Nov. 18, 2021), and *Broussard v. United States*, No. 22-CV-0889 (JRT/LIB), Dkt. 8 (D. Minn. Apr. 12, 2022), the Court also concludes that this case is frivolous.

2.    Petitioner Aaron Rhy Broussard's application to proceed in district court without prepaying fees or costs, (Dkt. 2), motion for a temporary restraining order, (Dkt. 5), and motion for a temporary injunction, (Dkt. 6), are **DENIED**.

3.    It is certified that an appeal from the dismissal of this matter cannot be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  May 13, 2022                                    s/Wilhelmina M. Wright
                                                                     Wilhelmina M. Wright
                                                                     United States District Judge